Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672 – 8281
Facsimile: (213) 402 – 2170
www.handslawgroup.com

Attorneys for Plaintiff,
**WILLIAM BERRY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BERRY**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**L.S. PROPERTY MANAGEMENT LLC**, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00549-CJC-AFM<br><br>Hon. Cormac J. Carney<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT L.S. PROPERTY MANAGEMENT LLC**<br><br>Date:　May 11, 2020<br>Time:　1:30 PM<br>Ctrm:　7C |

///

To Defendant L.S. Property Management LLC, and their attorneys of record: Plaintiff William Berry presents his application for default judgment against defendant L.S. Property Management LLC. The Clerk has previously entered the default on defendant L.S. Property Management LLC on March 13, 2020.

Plaintiff will present proof of the following matters: (1) Defendant L.S. Property Management LLC is not a minor or incompetent person or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendant has not responded in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $5,983.45 in attorney fees and costs as set forth in the attached declaration of Anoush Hakimi and an Order directing the defendants to: provide accessible exterior paths of travel, compliant signage and accessible parking spaces, accessible circulation aisles and accessible check stands at the property located at or about 10500 S Prairie Ave., Inglewood CA 90303. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on L.S. Property Management LLC, on April 7, 2020, by first class United States Mail, postage prepaid.

Dated: April 10, 2020    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: <u>/s/Anoush Hakimi</u>
    Anoush Hakimi, Esq.
    Attorneys for Plaintiff