JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L.S. PROPERTY MANAGEMENT LLC and DOES 1–10,<br><br>　　　　Defendants. | Case No.: CV 20-00549-CJC(AFMx)<br><br>JUDGMENT |

　　This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 16.)  On April 30, 2020, the Court granted Plaintiff's motion.  In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff in the amount of $5,983.45 for attorneys' fees and costs.  Additionally,

Defendant L.S. Property Management LLC is ordered to provide accessible parking spaces, accessible paths of travel, accessible circulation aisles and accessible check stands at the property located at or about 10500 S Prairie Ave., Inglewood CA 90303, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: April 30, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE