Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**WILLIAM BERRY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>           Plaintiff,<br><br>     v.<br><br>L.S. PROPERTY MANAGEMENT LLC, a California Limited Liability Company; and Does 1-10,<br><br>           Defendants. | CASE NO.: 2:20-cv-00549-CJC-AFM<br><br>Hon. Cormac J. Carney<br><br>**REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>Date Filed:  January 17, 2020<br>Trial Date:  Not on Calendar |

Plaintiff, William Berry ("Plaintiff"), pursuant to Federal Rules of Civil Procedure Rule 69, requests that registered California process server William Hildebrandt, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case.

The U.S. Marshal's Office will remain the Levying Officer. Judgment was entered in this matter in favor of Plaintiffs on April 30, 2021, in the amount of $5,983.45. A writ of execution has been issued by the Clerk of the Court and execution levies are anticipated in the enforcement of the judgment.

This order is required because the U.S. Marshal's Service does not perform execution levies. Without this order, it will not be possible to enforce this court's judgment by writ of execution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on this 25th day of May 2021.

2

Case No.: 2:20-cv-00549-CJC-AFM

**REQUEST FOR ORDER FOR
SERVICE OF PROCESS BY
REGISTERED PROCESS SERVER**

1 | DATED:  May 25, 2021 THE LAW OFFICE OF HAKIMI & SHAHRIARI

By:   /s/ Anoush Hakimi
          Anoush Hakimi, Esq.
          Attorneys for Plaintiff, William Berry